[Civ. No. 1315.   Third Appellate District.—March 20, 1915.]

## L. C. De CARLI, Respondent, v. BOARD OF POLICE AND FIRE COMMISSIONERS OF THE CITY OF SAN JOSE et al., Appellants.

MANDAMUS — PROCEEDING FOR SALARY AND REINSTATEMENT AS POLICE OFFICER.—Judgment reversed on the authority of *Humburg* v. *Board of Police and Fire Commissioners of the City of San Jose, ante,* p. 6.

APPEAL from a judgment of the Superior Court of Santa Clara County and from an order denying a new trial.   John E. Richards, and William A. Beasley, Judges.

The facts are similar to those stated in the opinion in *Humburg* v. *Board of Police and Fire Commissioners of the City of San Jose, ante,* p. 6.

John W. Sullivan, City Attorney, for Appellants.

J. C. Black, for Respondent.

BURNETT, J.—On the authority of *Humburg* v. *The Board of Police and Fire Commissioners of San Jose et al.,* (Civ. No. 1313), *ante,* p. 6, [148 Pac. 802], this day decided, the judgment herein is reversed.

Chipman, P. J., and Hart, J., concurred.

A petition for a rehearing of this cause was denied by the district court of appeal on April 19, 1915, and a petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 17, 1915.